# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                               BANKRUPTCY PROCEEDING

BELK CONSTRUCTION CORPORATION      CASE NUMBER: 12-01544 EE

## TRUSTEE'S AUCTION REPORT

COMES NOW, Derek A. Henderson, Trustee and files this Auction Report in compliance with Rule 6004 of the Federal Rules of Bankruptcy Procedure. An itemization of items sold and funds received for the estate is attached hereto as Exhibit "A".

DATED this the 5th day of September, 2012.

                                               Respectfully Submitted,

                             By:     s / Derek A. Henderson
                                                  Derek A. Henderson
                                                  Trustee and Attorney for the Trustee

**DEREK A. HENDERSON, MSB # 2260**
**1765-A Lelia Drive, Suite 103**
**Jackson, MS 39216**
**(601) 948-3167**
**derek@derekhendersonlaw.com**

## Consignor Settlement



| | |
|---|---|
| CO #: | 572 |
| Date: | 8/20/2012 |
| Page: | 1 |

### Consignor: B9156
Mr. Derek Henderson  
Mr. Derek Henderson, Trustee  
1765 A Lelia Drive, Suite 103  
Jackson, MS 39216  
Phone: 601.948.3167

Auction: Belk Construction

| Lot# | Description | Quantity | Unit Price | Ext.Price | Comm/BuyBack | Expenses |
|---|---|---|---|---|---|---|
| 1 | Caterpillar 228 Skid Steer SN # - 6BZ00832, 1138 Hrs | 1.00 | 10,500.00 | 10,500.00 | -525.00 | 0.00 Bid Card # 11 |
| 2 | 2002 New Holland Tractor T-35 with Loader SN # - GN517377 | 1.00 | 9,000.00 | 9,000.00 | -450.00 | 0.00 Bid Card # 24 |
| 3 | 1996 Ford F-250 VIN # - 1FTHX25F9TEA46070 title | 1.00 | 1,600.00 | 1,600.00 | -80.00 | 0.00 Bid Card # 37 |
| 4 | 1997 Ford F-150 Lariat SN # - 1FTEX17L2VNB08847 Title # 7445771 fast track application | 1.00 | 2,000.00 | 2,000.00 | -100.00 | 0.00 Bid Card # 15 |
| 5 | 1992 Ford F-350 Tool Truck - Salvage 1FTJX35M2NKA24034 no title buying for parts only | 1.00 | 375.00 | 375.00 | -18.75 | 0.00 Bid Card # 61 |
| 6 | 1985 Ford F-600 Boom Truck - Salvage VIN # 1FDMF60H9DVA39991 no info, at state salvage no title | 1.00 | 400.00 | 400.00 | -20.00 | 0.00 Bid Card # 23 |
| 7 | 1983 Ford F-700 Flat Bed VIN - 1FDNK74N3DVA24375; title | 1.00 | 600.00 | 600.00 | -30.00 | 0.00 Bid Card # 34 |
| 8 | 1994 Ford F-450 VIN - 2FDLF47MOPCA05743 title yes | 1.00 | 600.00 | 600.00 | -30.00 | 0.00 Bid Card # 56 |
| 9 | 1999 Ford F350 VIN - 1FTSW30F9XED32190 fast tracking for title | 1.00 | 2,600.00 | 2,600.00 | -130.00 | 0.00 Bid Card # 43 |
| 10 | 1997 Ford F-150 VIN - 1FTDX17W6VKB80996 | 1.00 | 1,500.00 | 1,500.00 | -75.00 | 0.00 Bid Card # 26 |
| 11 | 2001 Ford F-150 VIN - 1FTRWW07L91KE63458 - fast track application being applied for | 1.00 | 3,000.00 | 3,000.00 | -150.00 | 0.00 Bid Card # 15 |

## Consignor Settlement

| | |
|---|---|
| CO #: | 572 |
| Date: | 8/20/2012 |
| Page: | 2 |

| Lot# | Description | Quantity | Unit Price | Ext.Price | Comm/BuyBack | Expenses |
|---|---|---|---|---|---|---|
| 12 | 1985 Trailer, Tag Along, T-1800 bill of sale only | 1.00 | 3,500.00 | 3,500.00 | -175.00 | 0.00 Bid Card # 28 |
| 13 | Sweeper, John Deere Engine engine serial no. 4039DF001 | 1.00 | 2,750.00 | 2,750.00 | -137.50 | 0.00 Bid Card # 11 |
| 14 | 1995 Ingersol Rand, 185 Air Compressor 1752 hours J D Engine | 1.00 | 2,900.00 | 2,900.00 | -145.00 | 0.00 Bid Card # 69 |
| 15 | 1996 Cimline Concrete Saw | 1.00 | 150.00 | 150.00 | -7.50 | 0.00 Bid Card # 34 |
| 16 | 2004 Caterpillar Concrete Breaker For Caterpillar 420D Backhoe, SN-6TZ4175 | 1.00 | 2,250.00 | 2,250.00 | -112.50 | 0.00 Bid Card # 11 |
| 17 | Caterpillar Auger Attachment for 302.5 Caterpillar SN JR 155 | 1.00 | 900.00 | 900.00 | -45.00 | 0.00 Bid Card # 34 |
| 18 | Caterpillar Breaker Attachment For 302.5 Caterpillar model H50 Sn 5MZ3011 | 1.00 | 600.00 | 600.00 | -30.00 | 0.00 Bid Card # 36 |
| 19 | Caterpillar Milling Machine Attachment for 228 SN AKS324 model PC6 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 Bid Card # 11 |
| 20 | 2004 Caterpillar 302.5 Mini Excavator SN-4AZ04789 2062 hours | 1.00 | 11,750.00 | 11,750.00 | -587.50 | 0.00 Bid Card # 15 |
| 21 | Ingersol Rand DD-24 Asphalt Roller SN-586200 engine problems | 1.00 | 2,250.00 | 2,250.00 | -112.50 | 0.00 Bid Card # 27 |
| 22 | Case FT-300 Trencher SN JAF0094922 | 1.00 | 500.00 | 500.00 | -25.00 | 0.00 Bid Card # 69 |
| 23 | Trailer, 16' Utility dove tail and ramps no sn Bill of sale only 18' | 1.00 | 1,350.00 | 1,350.00 | -67.50 | 0.00 Bid Card # 24 |
| 24 | 1990 Case 850 D Dozer, Engine Out, Repairs Needed SN - 7078818 | 1.00 | 6,000.00 | 6,000.00 | -300.00 | 0.00 Bid Card # 33 |
| 25 | 1992 Case 580 SK Backhoe SN - JJG0171269 | 1.00 | 8,750.00 | 8,750.00 | -437.50 | 0.00 Bid Card # 65 |
| 26 | Super Pac Vibratory compactor Model 540PC Sn 1069 runs hydraulic leaks | 1.00 | 2,250.00 | 2,250.00 | -112.50 | 0.00 Bid Card # 26 |
| 27 | 2004 Caterpillar 420 D Backhoe,4WD, Open Station SN - FDP15392 | 1.00 | 26,000.00 | 26,000.00 | -1,300.00 | 0.00 Bid Card # 15 |

## Consignor Settlement

| | |
|---|---|
| CO #: | 572 |
| Date: | 8/20/2012 |
| Page: | 3 |

| Lot# | Description | Quantity | Unit Price | Ext.Price | Comm/BuyBack | Expenses |
|---|---|---|---|---|---|---|
| 28 | 1991 Kobelco 907 C Excavator SN-22580 | 1.00 | 3,000.00 | 3,000.00 | -150.00 | 0.00<br>Bid Card # 27 |
| 29 | 1997 Bobcat Skid Steer Loader Needs New Tires, SN-22580 | 1.00 | 3,500.00 | 3,500.00 | -175.00 | 0.00<br>Bid Card # 16 |
| 30 | 1999 Posi Trac ASV, Model 4520 Right Final Drive Out, SN-DWWDGI 1066 hours and runs | 1.00 | 12,000.00 | 12,000.00 | -600.00 | 0.00<br>Bid Card # 34 |
| 31 | Lee Boy Paver, Model 8500 Elite II, 1500 Hrs SN-8500T2003 | 1.00 | 4,500.00 | 4,500.00 | -225.00 | 0.00<br>Bid Card # 27 |
| 32 | 1993 CRAFCO Infrared Machine Mounted on Trailer SN - 18243 of machine bill of sale only | 1.00 | 1,500.00 | 1,500.00 | -75.00 | 0.00<br>Bid Card # 11 |
| 33 | 1990 Hot Crack Machine SN - 8229009002 2 cyclinder air compressor, honda engine | 1.00 | 1,100.00 | 1,100.00 | -55.00 | 0.00<br>Bid Card # 34 |
| 35 | 1999 Marathon Hot Tack Machine SN-102023 bill of sale only | 1.00 | 1,200.00 | 1,200.00 | -60.00 | 0.00<br>Bid Card # 20 |
| 36 | Red Seal Coat Storage Tank, 6000 Gallon Each Pump & Hydraulic Controls | 1.00 | 3,000.00 | 3,000.00 | -150.00 | 0.00<br>Bid Card # 41 |
| 37 | Job Site Office Trailer, 40' Fifth Wheel bill of sale only | 1.00 | 700.00 | 700.00 | -35.00 | 0.00<br>Bid Card # 43 |
| 38 | 45' Storage Van Trailer bill of sale only | 1.00 | 400.00 | 400.00 | -20.00 | 0.00<br>Bid Card # 23 |
| 39 | Trailer, 16' Utility, Good Condition no title bill of sale only | 1.00 | 700.00 | 700.00 | -35.00 | 0.00<br>Bid Card # 24 |
| 40 | Trailer, 16' Utility, No title bill of sale only | 1.00 | 700.00 | 700.00 | -35.00 | 0.00<br>Bid Card # 15 |
| 47 | 3' Metal Shelving | 24.00 | 3.33 | 80.00 | -4.08 | 0.00<br>Bid Card # 34 |
| 48 | Rolling Carts & Dollys | 5.00 | 5.00 | 25.00 | -1.25 | 0.00<br>Bid Card # 56 |
| 49 | Pepsi Drink Machine | 1.00 | 100.00 | 100.00 | -5.00 | 0.00<br>Bid Card # 68 |
| 50 | Wooden Beam & Plywood | 1.00 | 10.00 | 10.00 | -0.50 | 0.00<br>Bid Card # 43 |
| 51 | 5 gallon Latex Primer & Seal Coating | 45.00 | 2.22 | 100.00 | -4.95 | 0.00<br>Bid Card # 34 |

**Consignor Settlement**

| | |
|---|---|
| CO #: | 572 |
| Date: | 8/20/2012 |
| Page: | 4 |

| Lot# | Description | Quantity | Unit Price | Ext.Price | Comm/BuyBack | Expenses |
|---|---|---|---|---|---|---|
| 52 | 40' Fiberglass Extension Ladder | 1.00 | 150.00 | 150.00 | -7.50 | 0.00 |
| | | | | | | Bid Card # 34 |
| 54 | 6 ft box blade | 1.00 | 175.00 | 175.00 | -8.75 | 0.00 |
| | | | | | | Bid Card # 68 |
| 55 | Marker/Chalk Boards | 5.00 | 8.00 | 40.00 | -2.00 | 0.00 |
| | | | | | | Bid Card # 31 |
| 57 | Typewriter & Copy/Fax Machine | 1.00 | 5.00 | 5.00 | -0.25 | 0.00 |
| | | | | | | Bid Card # 23 |
| 58 | Lanier 6425 Copier | 1.00 | 5.00 | 5.00 | -0.25 | 0.00 |
| | | | | | | Bid Card # 9 |
| 61 | Ceiling Tile, Safety Contents & Barrels | 1.00 | 40.00 | 40.00 | -2.00 | 0.00 |
| | | | | | | Bid Card # 24 |
| 63 | Titan Pressure Washer | 1.00 | 10.00 | 10.00 | -0.50 | 0.00 |
| | | | | | | Bid Card # 9 |
| 64 | Rolling Cart & 4' table | 1.00 | 25.00 | 25.00 | -1.25 | 0.00 |
| | | | | | | Bid Card # 34 |
| 66 | Metal Parts Bin | 1.00 | 100.00 | 100.00 | -5.00 | 0.00 |
| | | | | | | Bid Card # 1 |
| 67 | Petragon Eye Wash Center | 1.00 | 15.00 | 15.00 | -0.75 | 0.00 |
| | | | | | | Bid Card # 34 |
| 68 | 3x6 Metal Shelf with contents | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | Bid Card # 34 |
| 69 | shelf and contents | 1.00 | 15.00 | 15.00 | -0.75 | 0.00 |
| | | | | | | Bid Card # 34 |
| 70 | Gott Coolers | 4.00 | 2.50 | 10.00 | -0.52 | 0.00 |
| | | | | | | Bid Card # 1 |
| 71 | Assortment of Belts & Hoses | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | Bid Card # 1 |
| 73 | Portable Twin Tank Air Compressor | 1.00 | 60.00 | 60.00 | -3.00 | 0.00 |
| | | | | | | Bid Card # 14 |
| 74 | Mikasa MT-60H Wacker-Packer | 1.00 | 10.00 | 10.00 | -0.50 | 0.00 |
| | | | | | | Bid Card # 43 |
| 75 | Parts Washer | 1.00 | 20.00 | 20.00 | -1.00 | 0.00 |
| | | | | | | Bid Card # 7 |
| 76 | 2'x5' Rolling Dolly | 1.00 | 20.00 | 20.00 | -1.00 | 0.00 |
| | | | | | | Bid Card # 34 |
| 77 | Squirrel Cage Fan & Sump Pump | 1.00 | 5.00 | 5.00 | -0.25 | 0.00 |
| | | | | | | Bid Card # 56 |
| 78 | Grizzly Table Saw | 1.00 | 160.00 | 160.00 | -8.00 | 0.00 |
| | | | | | | Bid Card # 31 |
| 79 | Merritt Alum. Head Board for Truck | 1.00 | 300.00 | 300.00 | -15.00 | 0.00 |
| | | | | | | Bid Card # 34 |

**Consignor Settlement**

| | |
|---|---|
| CO #: | 572 |
| Date: | 8/20/2012 |
| Page: | 5 |

| Lot# | Description | Quantity | Unit Price | Ext.Price | Comm/BuyBack | Expenses |
|---|---|---|---|---|---|---|
| 80 | Bags of Quick-Crete & Sand | 30.00 | 1.33 | 40.00 | -2.10 | 0.00 |
| | | | | | | Bid Card # 24 |
| 81 | 3'x6' Metal Shelves | 2.00 | 5.00 | 10.00 | -0.50 | 0.00 |
| | | | | | | Bid Card # 44 |
| 82 | Mop Buckets | 3.00 | 3.33 | 10.00 | -0.51 | 0.00 |
| | | | | | | Bid Card # 15 |
| 83 | 6' Black & White Car Bumps for parking lot | 16.00 | 12.50 | 200.00 | -10.08 | 0.00 |
| | | | | | | Bid Card # 24 |
| 84 | 6' Black & Blue Car Bumps | 43.00 | 6.40 | 275.00 | -13.76 | 0.00 |
| | | | | | | Bid Card # 15 |
| 85 | Pallet of Asphalt Shingles | 1.00 | 275.00 | 275.00 | -13.75 | 0.00 |
| | | | | | | Bid Card # 34 |
| 86 | Box of Crack Master Asphalt Patch | 8.00 | 10.00 | 80.00 | -4.00 | 0.00 |
| | | | | | | Bid Card # 34 |
| 88 | Scrap Lumber & Doors | 1.00 | 200.00 | 200.00 | -10.00 | 0.00 |
| | | | | | | Bid Card # 61 |
| 89 | 8' Conference Table & 8' Cabinet | 1.00 | 30.00 | 30.00 | -1.50 | 0.00 |
| | | | | | | Bid Card # 44 |
| 90 | Pipe Rack for truck | 1.00 | 25.00 | 25.00 | -1.25 | 0.00 |
| | | | | | | Bid Card # 20 |
| 92 | Propane Tank for Truck - 81 gallon | 1.00 | 40.00 | 40.00 | -2.00 | 0.00 |
| | | | | | | Bid Card # 24 |
| 93 | 4'x6' Round Fuel Tank | 1.00 | 150.00 | 150.00 | -7.50 | 0.00 |
| | | | | | | Bid Card # 24 |
| 94 | Propane Bottle - 5 gallons | 1.00 | 5.00 | 5.00 | -0.25 | 0.00 |
| | | | | | | Bid Card # 43 |
| 95 | Propane Bottle - 8 gallons | 1.00 | 100.00 | 100.00 | -5.00 | 0.00 |
| | | | | | | Bid Card # 39 |
| 96 | Green Seal Coat Storage Tank 6000 gallon each, pumps and hydraulic controls | 1.00 | 500.00 | 500.00 | -25.00 | 0.00 |
| | | | | | | Bid Card # 34 |
| 97 | office job site trailer | 1.00 | 600.00 | 600.00 | -30.00 | 0.00 |
| | | | | | | Bid Card # 43 |
| 98 | Back hoe bucket parts and hitch | 1.00 | 5.00 | 5.00 | -0.25 | 0.00 |
| | | | | | | Bid Card # 43 |
| 98a | military fuel tank | 1.00 | 200.00 | 200.00 | -10.00 | 0.00 |
| | | | | | | Bid Card # 60 |
| 99 | jump start; sump pump; electric heater | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | Bid Card # 43 |
| 100 | small hand tools | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | Bid Card # 43 |
| 101 | dayton battery charger | 1.00 | 60.00 | 60.00 | -3.00 | 0.00 |
| | | | | | | Bid Card # 24 |

## Consignor Settlement

| | | | | | |
|---|---|---|---|---|---|
| CO #: | | | | | 572 |
| Date: | | | | | 8/20/2012 |
| Page: | | | | | 6 |

| Lot# | Description | Quantity | Unit Price | Ext.Price | Comm/BuyBack | Expenses |
|---|---|---|---|---|---|---|
| 102 | new set brake shoes | 1.00 | 40.00 | 40.00 | -2.00 | 0.00 |
| | | | | | | Bid Card # 39 |
| 103 | fire extinguisher | 1.00 | 5.00 | 5.00 | -0.25 | 0.00 |
| | | | | | | Bid Card # 31 |
| 104 | air hoses | 1.00 | 15.00 | 15.00 | -0.75 | 0.00 |
| | | | | | | Bid Card # 34 |
| 105 | rolls of mat | 1.00 | 20.00 | 20.00 | -1.00 | 0.00 |
| | | | | | | Bid Card # 34 |
| 106 | water pump hoses | 1.00 | 70.00 | 70.00 | -3.50 | 0.00 |
| | | | | | | Bid Card # 34 |
| 107 | 3.5 ton michelin floor jack and creeper | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | Bid Card # 34 |
| 108 | group of shovels, brooms, rakes | 1.00 | 50.00 | 50.00 | -2.50 | 0.00 |
| | | | | | | Bid Card # 31 |
| 109 | PVC Corrugated Culvert | 1.00 | 70.00 | 70.00 | -3.50 | 0.00 |
| | | | | | | Bid Card # 24 |
| 110 | melrose bobcat sweeper | 1.00 | 800.00 | 800.00 | -40.00 | 0.00 |
| | | | | | | Bid Card # 23 |
| 111 | Backhoe Bucket | 1.00 | 30.00 | 30.00 | -1.50 | 0.00 |
| | | | | | | Bid Card # 23 |
| 112 | Backhoe Bucket | 1.00 | 40.00 | 40.00 | -2.00 | 0.00 |
| | | | | | | Bid Card # 23 |
| 113 | Pile of Stencils | 1.00 | 70.00 | 70.00 | -3.50 | 0.00 |
| | | | | | | Bid Card # 9 |

CO Expense - Advertisement Investment   ( 3,937.74)
CO Expense - Care & Preservation of Collateral   ( 301.76)
(82% - 18% split)
CO Expense - NAPA Store - Batteries   ( 1,552.49)
CO Expense - Professional Improvements/   ( 1,291.46)
Robert Burney
CO Expense - MS Fast Track Title Division   ( 121.00)
3-titles          $117.00
1-lien release  $  4.00

Unsold Lot# 60  - Wrought Iron Gate (4'x5')
--------------------------------------------

Unsold Lot# 91  - Misc. Steel & Re-bar behind building only
--------------------------------------------

**Consignor Settlement**

| | |
|---|---|
| CO #: | 572 |
| Date: | 8/20/2012 |
| Page: | 7 |

| | |
|---|---:|
| Total Quantity: | 272.00 |
| Total Invoice Sale Price: | 141,870.00 |
| Total Expenses: | ( 7,204.45) |
| Total Commission: | ( 7,093.75) |
| Total Due to Consignor: | 127,571.80 |
| Total Payments: | 0.00 |
| Balance: | $127,571.80 |

Positive Balance, Monies Owed to Consignor

Inventory Remaining For This Consignment Order

**COMMISSION SETTINGS**

Calculate Commission By: Each
Commission Structure Type: Fixed

| Any Amount | 5% |
|---|---|

**BUY BACK SETTINGS**

Calculate Buy Back By: Each
Buy Back Structure Type: Fixed

| Any Amount | $0 |
|---|---|

The confidence shown in our firm to manage your auction is greatly appreciated. If you need further assistance, please do not hesitate to contact us.